ORIGINAL

| | |
|---|---|
| 1 | Julie A. Vogelzang, State Bar No. 174411 |
| | Lisa K. Widdecke, State Bar No. 213250 |
| 2 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| | 600 West Broadway, Suite 2600 |
| 3 | San Diego, California 92101-3372 |
| | Telephone No.: 619.236.1414 |
| 4 | Fax No.: 619.232.8311 |
| | Email: jvogelzang@luce.com |
| 5 | Email: lwiddecke@luce.com |

**FILED**
08 JUL -9 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorneys for Defendants COASTLINE FOOD SERVICES CORPORATION and FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED APRIL 20, 1998

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

LARRY MCIVER,

    Plaintiff,

v.

COASTLINE FOOD SERVICES CORPORATION, a California Corporation; FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED APRIL 20, 1998, and DOES 1 THROUGH 100, inclusive,,

    Defendants.

Case No. 08 CV 1226 BTM POR

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**

Complaint Filed:  May 21, 2008
Trial Date:  None Set.

    The undersigned, counsel of record for defendants Coastline Food Services Corporation and Frances Bloom, Trustee Bloom Family Trust U.D.T. Dated April 20, 1998, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///
///
///

1 |    1.     Coastline Food Services, Corp.;
2 |    2.     Pennant Foods, LLC;
3 |    3.     BMP/Pennant Holdings, LLC.

DATED: July 9, 2008     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Julie A. Vogelzang
Lisa K. Widdecke
Attorneys for Defendants COASTLINE FOOD SERVICES CORPORATION and FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED APRIL 20, 1998

101105353.2