ORIGINAL

1  Julie A. Vogelzang, State Bar No. 174411
   Lisa K. Widdecke, State Bar No. 213250
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3372
   Telephone No.: 619.236.1414
4  Fax No.: 619.232.8311
   Email: jvogelzang@luce.com
5  Email: lwiddecke@luce.com

6  Attorneys for Defendants COASTLINE FOOD SERVICES CORPORATION and
   FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED
7  APRIL 20, 1998

FILED
08 JUL -9 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: BCL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>　　Plaintiff,<br><br>v.<br><br>COASTLINE FOOD SERVICES CORPORATION, a California Corporation; FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED APRIL 20, 1998, and DOES 1 THROUGH 100, inclusive,,<br><br>　　Defendants. | Case No. 08 CV 1226 BTM POR<br><br>**PROOF OF SERVICE** |

I, Sylvia Terry, declare under penalty of perjury that I am over the age of eighteen years, that I am not a party to the above-referenced action, and that I am employed in the State of California, County of San Diego, where the within-mentioned service occurred. My business address is 600 West Broadway, Suite 2600, San Diego, California 92101; telephone number (619) 236-1414; facsimile number (619) 232-8311.

///
///

1

Case No. _____
PROOF OF SERVICE

On July 9, 2008, I caused to be served the following document(s):

**1.     Civil Cover Sheet**

**2.     Defendants' Notice of Interested Parties**

**3.     Defendants' Notice of Removal of Action Under 28 U.S.C. Section 1331 (Federal Question)**

on the interested parties in this action by:

**XX**    **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid, for each address named below / on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

\_\_\_\_\_    **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is in our files.

\_\_\_\_\_    **E-MAIL TRANSMISSION:** I sent a copy via electronic mail to the e-mail address indicated below.

by delivering a true copy thereof to the following:

Attorneys for Plaintiffs:

Center for Disability Access, LLP          Phone: 760.480.4162
Mark D. Potter, Esq.                       Fax:   760.480.4170
Russell C. Handy, Esq.
100 East San Marcos Blvd., Ste. 400
San Marcos, CA 92069-2988

\_\_\_\_\_    **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XX**    **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on July 9, 2008.

*[signature]*
Sylvia Terry

101105361.1