UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LARRY MCIVER, | Civil No.   08-cv-1226-BTM (POR) |
|---|---|
| Plaintiff, | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| COASTLINE FOOD SERVICES CORPORATION, a California Corporation; FRANCES BLOOM, TRUSTEE BLOOM FAMILY TRUST U.D.T. DATED APRIL 20, 1999, | |
| Defendant. | |

Counsel for all parties contacted the Court on August 19, 2008 and represented that this case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation conference scheduled to be held on August 21, 2008 shall be VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable Barry Ted Moskowitz on or before **September 25, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before September 25, 2008, then a Settlement Disposition Conference shall be held on **September 26, 2008,** at **9:45** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall arrange and initiate the conference call.

4.   If a Joint Motion for Dismissal is received on or before September 25, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 21, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Barry Ted Moskowitz
      all parties